FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 DEC 10  AM 11: 23

DISTRICT OF UTAH
MAIL

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

IN RE:                                    )
    Farron Kane Smith                 )          CASE NO. 00A-34316
                                      )          Chapter 13
              Debtor (s)   )

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Farron Kane Smith, through his Attorney-in-Fact, Charlene J. Keys dba Keys Research, hereby petitions the court for $2,709.70 being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds. Petitioner certifies that the petitioner is a debtor in the above referenced bankruptcy proceeding and the unclaimed funds are lawfully due to petitioner. The petitioner did not receive the dividend check in the above referenced case for the following reason:

The petitioner did not receive the check at the address on the Trustee's Report 5935 South Stratler Street, Murray UT 84107 because he had moved.

The petitioner's current address and phone number is:
POB 632, Riverton UT 84065 and (801) 556-6747

I hereby certify that on December 5, 2009, I mailed a true and correct copy of this application for unclaimed funds to the United States Attorney at 185 South State Street, Suite 400, Salt Lake City, Utah 84111.

Dated: <u>December 5, 2009</u>

Charlene J. Keys, Attorney-in-fact
dba Keys Research
23630 SE 440TH Street
Enumclaw, WA 98022
(360) 825-7300

A COPY OF A PHOTO IDENTIFICATION CARD SHOWING PETITIONER'S SIGNATURE IS REQUIRED. PLEASE REDACT ANY SENSITIVE INFORMATION BEFORE ATTACHING THE EXHIBIT TO THIS APPLICATION.

# *Keys Research*      Abandoned Funds Investigation & Recovery

23630 Southeast 440th Street, Enumclaw WA 98022
360-825-7300
Fax  360-825-5482

December 7, 2009

U.S. Attorney for the District of Utah
185 South State Street
Suite 400
Salt Lake City UT 84111

U.S. Attorney:

In compliance with Bankruptcy Court ruling and pursuant to 28 USC §2042, this letter is to serve notice of application to the U.S Bankruptcy Court, District of Utah for the release of unclaimed funds owing to the following debtor:

Case No.        00A-34316
Debtor:         Farron Kane Smith
Amount          $2,709.70

This notice requires no action on your part.

Sincerely,

*Charlene J. Keys*

Charlene J. Keys
Keys Research



# REGISTRATIONS AND LICENSES

STATE OF
WASHINGTON

Unified Business ID #: 601 647 399
Business ID #: 1
Location: 1
Expires: 09-30-2010

Sole Proprietorship

CHARLENE J KEYS
CHARLENE J. KEYS DBA KEYS RESEARCH
23630 SE 440TH ST
ENUMCLAW WA 98022

TAX REGISTRATION                        UNEMPLOYMENT INSURANCE
INDUSTRIAL INSURANCE
PRIVATE INVESTIGATIVE AGENCY

PRIVATE INVESTIGATIVE AGENCY PRINCIPAL:
    CHARLENE J KEYS

REGISTERED TRADE NAMES:
    AWARD THOROUGHBREDS
    CHARLENE J. KEYS DBA KEYS RESEARCH



The licensee named above has satisfied the business registration or licensing requirements listed by complying with the requirements of each agency. This information can be verified on the public inquiry of these licenses. This is to certify the true and accurate representation of the business name and address as registered with the Department of Licensing. This licensee must be prominently displayed at the above business location.

Attorney-in-fact does hereby state that this is a
True and exact copy of the original licenses.

*Charlene Keys*

STATE OF WASHINGTON    EXPIRATION DATE    09-30-2010

399 1 1

KEYS
KEYS DBA KEYS RESEARCH
40TH ST
, 98022

ATION
INSURANCE
VESTIGATIVE AGENCY
IT INSURANCE

*Beth A. Luce*
...ctor, Department of Licensing

THIS SECTION FOR YOUR WALLET

Andres Diaz     , Bar #4309
CHAPTER 13 STANDING TRUSTEE
9 Exchange Place, Suite 313
Salt Lake City, Utah  84111
Telephone:  (801) 537-1910
Facsimile:  (801) 537-1947

FEB 26  11 01 AM '02

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| IN RE:   FARRON KANE  SMITH | Case No. 00A-34316 |
| | Chapter 13 |
| | Judge John H. Allen |

## DECLARATION OF TRUSTEE
## REGARDING DEPOSIT OF UNCLAIMED FUNDS

ANDRES DIAZ     , the duly appointed acting, Standing Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance. The Trustee has either stopped payment on the listed checks, or else the checks were returned as undeliverable and the Trustee has been unable to obtain a current address of the payee:

| Payee Name & Address (last known) | Check Amount |
|---|---|
| FARRON KANE SMITH<br>5935 SOUTH STRATLER ST.<br>MURRAY, UT 84107 | $     2,709.70 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $2,709.70 . This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated this 25 day of February , 2002

ANDRES DIAZ
Chapter

0034316D32

**00-34316** Farron Kane Smith
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** William T. Thurman
**Date filed:** 12/09/2000 **Date of last filing:** 05/24/2002
**Date terminated:** 05/24/2002

# Parties

**Associates Housing Finance, LLC**
*Added: 04/25/2001*
*(Creditor)*

represented by

**Kim R. Wilson**
Snow Christensen & Martineau

10 Exchange Place 11th Floor
P.O. Box 45000
Salt Lake City, UT 84145
(801) 521-9000
(801) 363-0400 (fax)
bankruptcy_krw@scmlaw.com

*Assigned: 04/24/01*
*LEAD ATTORNEY*

**Andres' Diaz tr**
9 Exchange Place
Suite 313
Salt Lake City, UT 84111
(801) 537-1910
(801) 359-6803 (fax)
ecf2@diazch13.com
*Added: 12/11/2000*
*(Trustee)*

**First Security Bank**
*Added: 01/31/2001*
*(Creditor)*

represented by

**Richard C. Terry**
Terry Jessop & Bitner
39 Exchange Place
Suite 100
Salt Lake City, UT 84111-2705

(801) 534-0909
(801) 534-1948 (fax)
ecf@cbclaw.com
*Assigned: 01/30/01*
*LEAD ATTORNEY*

**Farron Kane Smith**
5935 South Stratler Street
Murray, UT 84107
(801)
SSN / ITIN: xxx-xx-0653
*Added: 12/11/2000*
*(Debtor)*

represented by

**David T. Berry**
Berry & Tripp
5296 South Commerce Drive
Suite 200
Salt Lake City, UT 84107
(801) 265-0700
(801) 263-2487 (fax)

## AGENT AUTHORIZATION

I, Farron Kane Smith , do hereby grant to Charlene J. Keys dba Keys Research, my true and lawful Agent for me and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

**To reclaim, recover and return unclaimed funds in the amount of $2,709.70 ONLY, less agreed upon fee, to the signatory below.**

I do hereby grant my Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

I do state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter, until revoked in writing, or until funds are collected. This duly executed authorization does hereby annul, cancel, revoke, and terminate all rights, powers, and authorities and privileges set forth in any previously signed Power Of Attorney.

Dated: 12/2/09          Signed: _____

Farron Kane Smith

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTARY ACKNOWLEDGMENT

State of __Utah__, County of __Salt Lake__

ACKNOWLEDGED before me on this date __Dec. 2, 2009__, by the Individual described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.



NOTARY PUBLIC
STEPHANIE MILLER
Commission No. 576663
Commission Expires
JULY 21, 2013
STATE OF UTAH

_Stephanie Miller_
NOTARY PUBLIC
My commission expires July 21, 2013

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Unemployment Compensation | OMB No. 1545-0120 | Certain Government Payments |
|---|---|---|---|---|
| UTAH STATE DEPT OF WORKFORCE SERVICES<br>UI DIVISION<br>PO BOX 45288<br>SALT LAKE CITY, UT 84145 | | $406.00 | **2007** | |
| | | 2 State or local income tax refunds, credits, or offsets | Form 1099-G | |
| | | 3 Box 2 amount is for tax year | 4 Federal income tax withheld $40.60 | Copy B For Recipient |
| PAYER'S federal identification number 90-0157626 | RECIPIENT'S identification number 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 | 5 ATAA payments | 6 Taxable Grants | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, street address, city, state, and ZIP code | | | | |
| *Current address* | | 7 Agriculture payments | 8 Box 2 is trade or business income ☐ | |
| FARRON K SMITH | | | | |
| ~~RIVERTON, UT 84065-0632~~ | | State Income Tax Withheld  UTAH Z06134 | | |
| Account number (see instructions) | | | $20.30 | |

Form 1099-G                    (keep for your records)        Department of the Treasury - Internal Revenue Servic

**If you had earned income in 2007, you may be eligible for certain tax credits and have money refunded back to you, even if you do not owe taxes.  For information about the Earned Income Tax Credit and to see if you qualify, call 211.**

*Question 3*

*Question 6*



utah
gov

Search all of Utah.gov »

# Utah Department of Commerce  B u s i n e s s   E n t i t y   S e a r c h

Help

## Business Entity Search - Principals:

| Name | Type | City | Status |
|---|---|---|---|
| ASPEN CREEK EXCAVATING, INC. | Corporation | Murray | Expired |

*OLD ADDRESS*

| Position | Name | Address | |
|---|---|---|---|
| Director | STEVEN D SHIELDS | 7994 HUNTERS MEADOW CiR | Sandy UT 84093 |
| Registered Agent | FARRON SMITH | 5935 S STRATLER ST | Murray UT 84107 |
| Secretary | FARRON K SMITH | 12727 SOUTH 2230 WEST | Riverton UT 84065 |
| Treasurer | FARRON K SMITH | 12727 SOUTH 2230 WEST | Riverton UT 84065 |
| President | FARRON K SMITH | 12727 S 2230 W | RIVERTON UT 84065 |
| Director | FARRON K SMITH | 12727 S 2230 W | RIVERTON UT 84065 |
| Vice President | NANCY WORKMAN | 10390 S DIMPLE DELL RD | Sandy UT 84093 |
| Director | NANCY WORKMAN | 10390 S DIMPLE DELL RD | Sandy UT 84093 |

Additional Principals on file at Division of Corporations: N

[ Back to search results ]    [ Do Another Search ]

**Your experience is important to us. Please click the link below to provide feedback.**

Feedback Form

Department of Commerce Home | Division of Corporations Home | Contact Us
Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy | Translate Utah.gov
**Copyright © 2009 State of Utah - All rights reserved.**

Question 5

Question 4



Of the United States.

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

3

PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte
P           USA         456036684
Surname / Nom / Apellidos
SMITH
Given Names / Prénoms / Nombres
FARRON KANE
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
05 May 1962
Place of birth / Lieu de naissance / Lugar de nacimiento
UTAH, U.S.A.                          Sex / Sexe / Sexo
Date of issue / Date de délivrance / Fecha de expedición    M
15 May 2009                   Authority / Autorité / Autoridad
Date of expiration / Date d'expiration / Fecha de caducidad   United States
14 May 2019                   Department of State
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

USA

P<USASMITH<<FARRON<KANE<<<<<<<<<<<<<<<<<<<<<<<
4566366949USA6205058M1905146319355684<495000

SOCIAL SECURITY

Farron K Smith

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

