**The below described is SIGNED.**

Dated: December 11, 2009

*William J. Thurman*

**WILLIAM T. THURMAN**
U.S. Bankruptcy Chief Judge



---

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In Re: Farron Kane Smith | Case No. 00A-34316 |
| Debtor(s) | |

*2009 DEC 10 AM 11:23 DISTRICT OF UTAH*
*FILED IN THE UNITED STATES BANKRUPTCY COURT*

### ORDER TO RELEASE UNCLAIMED FUNDS

It appearing that the check made payable to Farron Kane Smith, in the amount of $2,709.70 was not charged against the bank account of the petitioner's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was filed to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Farron Kane Smith now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,709.70 to Farron Kane Smith, c/o Keys Research, 23630 Southeast 440th Street, Enumclaw WA 98022.

................................................END OF DOCUMENT................................................